IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Ivan F. Conaway, IV,<br>Stephanie A. Conaway<br>    a/k/a Stephanie A. Eiben<br>    *Debtors*<br><br><br>Ivan F. Conaway, IV,<br>Stephanie A. Conaway<br>    a/k/a Stephanie A. Eiben<br>    *Movants*<br><br>vs.<br><br>Freedom Mortgage Corporation,<br>    *Respondent* | Case No. 19-23640 CMB<br>Chapter 13<br><br>Related to: Document Nos. 93 and 98<br><br><br>Related to Claim Number 17 |

## ORDER OF COURT

AND NOW, to wit this __29th__ day of __December__, 202_0_, upon consideration of the Debtor's Motion to Withdraw Objection to Notice of Mortgage Payment Change Dated November 5, 2020, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Objection to Notice of Mortgage Payment Change Dated November 5, 2020 filed on November 18, 2020 at Docket Number 93 is hereby withdrawn and the hearing scheduled for January 6, 2021 at 2:00 p.m. is cancelled.

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/29/20 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 19-23640-CMB
Ivan F. Conaway, IV                                                                                 Chapter 13
Stephanie A. Conaway
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: gamr                           Page 1 of 2
Date Rcvd: Dec 29, 2020     Form ID: pdf900                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020                       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com

Sherri J. Smith
    on behalf of Creditor Mortgage Research Center LLC  et.al. pawb@fedphe.com, sherri.smith@phelanhallinan.com

Thomas Song
    on behalf of Creditor Mortgage Research Center LLC  et.al. pawb@fedphe.com

TOTAL: 10