IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ivan F. Conaway, IV | ) | |
| Stephanie A. Conaway, | ) | Case No. 19-23640 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Stephanie A. Conaway | ) | Document No. WO-2 |
| Social Security No. XXX-XX- 6001 | ) | |
| *Movant* | ) | |
| | ) | re doc. 107 |
| *vs.* | ) | |
| | ) | |
| UPMC and Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ____22nd____ day of ____April_____, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that UPMC, Attn: Payroll Dept., 600 Grant St., USX Building – 56th Floor, Pittsburgh, PA 15219 is hereby ordered to immediately terminate the attachment of the wages of Stephanie A. Conaway. No future payments are to be sent by UPMC to Ronda J. Winnecour, Trustee on behalf of Stephanie Conaway.

Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

dmk

FILED
4/22/21 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23640-CMB

Ivan F. Conaway, IV                                                       Chapter 13

Stephanie A. Conaway

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Apr 23 2021 02:25:00 | UPMC, Attn: Payrol Dept., 600 Grant Street, 56th Floo, Pittsburgh, PA 15219-2702 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway  IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

Brian Nicholas
        on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jerome B. Blank
        on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Maria Miksich
        on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sherri J. Smith
        on behalf of Creditor Mortgage Research Center LLC  et.al. pawb@fedphe.com, sherri.smith@phelanhallinan.com

Thomas Song
        on behalf of Creditor Mortgage Research Center LLC  et.al. pawb@fedphe.com

TOTAL: 10