IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ivan F. Conaway, IV ) | |
| Stephanie A. Conaway, ) | Case No. 19-23640 CMB |
| *Debtor* ) | Chapter 13 |
| ) | |
| Stephanie A. Conaway ) | Related to Document No. 110 |
| Social Security No. XXX-XX- 6001 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Wal-Mart Associates and Ronda J. ) | |
| Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 28, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Stephanie A. Conaway
937 Old Salem Rd.
Greensburg, PA 15601

Wal-Mart Associates
Attn: Payroll Dept.
702 S.W. 8th St
Bentonville, AR 72716

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:      April 28, 2021        /s/ Abagale E. Steidl
                                            Abagale E. Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 319217