IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Ivan F. Conaway, IV )
Stephanie A. Conaway, )  Case No. 19-23640 CMB
    *Debtors* )  Chapter 13

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:     Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated     October 21, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $   2,459.00   to
$   2,830.00   per month, effective   November 2021  ; and/or the Plan term shall be changed from    months to    months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice

under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve          on or before         .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as         may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X  Other:    The monthly mortgage payment owed to Freedom Mortgage has been updated to $1,686.21 per month to match the most recent Notice of Mortgage Payment Change. Legal fees of $1,000.00 have been added.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __23rd__ day of __November__, 2021

Dated: 11/23/2021

*[Signature: Carlota M. Böhm, dmk]*
United States Bankruptcy Judge

Stipulated by:

/s/ Abagale Steidl
Counsel to Debtors
Abagale Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 319217
asteidl@steidl-steinberg.com

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

FILED
11/23/21 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23640-CMB |
| Ivan F. Conaway, IV | Chapter 13 |
| Stephanie A. Conaway | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15123900 | + | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Pard, Fairport, NY 14450-3510 |
| 15123899 | + | Conserve, Po Box 7, Fairport, NY 14450-0007 |
| 15123906 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123908 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15272057 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123910 | + | HomeBridge Financial Services, Po Box 77404, Ewing, NJ 08628-6404 |
| 15123912 | + | Ivan Conaway III and Susan Conaway, 113 Laurie Drive, Pittsburgh, PA 15235-4047 |
| 15162170 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15123915 | + | Tri-State Financial Inc., P.O. Box 2520, Wilkes Barre, PA 18703-0018 |
| 15132641 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15153798 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15123917 | + | URE Federal Credit Uni, 201 Beech St, West Mifflin, PA 15218-1403 |
| 15123916 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |
| 15123918 | + | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123920 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2021 23:29:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123882 | + | Email/Text: bankruptcy@rentacenter.com | Nov 23 2021 23:26:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15123883 | + | Email/Text: bk@avant.com | Nov 23 2021 23:26:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 15123884 | + | Email/Text: bk@avant.com | Nov 23 2021 23:26:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15123889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123893 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 23 2021 23:28:46 | Capital One Auto Finance, Po Box 259407, Plano, |

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75025-9407 |
| 15123895 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 23 2021 23:28:46 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15129705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2021 23:29:05 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15123897 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15127915 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141925 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15123898 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:47 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15123901 | + | Email/Text: BKPT@cfna.com | Nov 23 2021 23:25:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15123902 | + | Email/Text: BKPT@cfna.com | Nov 23 2021 23:25:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15123905 | + | Email/Text: bknotice@ercbpo.com | Nov 23 2021 23:26:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15123904 | + | Email/Text: bknotice@ercbpo.com | Nov 23 2021 23:26:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15123911 | + | Email/Text: Bankruptcy@homebridge.com | Nov 23 2021 23:26:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 15152662 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 23:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154450 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 23:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15124281 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123914 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15123913 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15123923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2021 23:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15123922 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2021 23:25:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15156367 | + | Email/Text: BKPT@cfna.com | Nov 23 2021 23:25:00 | credit first na, po box 818011, Cleveland, oh 44181-8011 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center LLC, et.al. |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123890 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123891 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123892 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123886 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123887 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123888 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123894 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123896 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123907 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123909 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15123921 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123919 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123903 | ##+ | Dean Eiben and Lisa Eiben, 6029 Poketa Road, Verona, PA 15147-3205 |

TOTAL: 1 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway  IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor Mortgage Research Center LLC  et.al. ssmith@pincuslaw.com, brausch@pincuslaw.com |

| District/off: 0315-2 | User: culy | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

Thomas Song
        on behalf of Creditor Mortgage Research Center LLC  et.al. pawb@fedphe.com

TOTAL: 10