# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    IVAN F. CONAWAY, IV | ) | Case No. 19-23640 CMB |
|    STEPHANIE A. CONAWAY | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
        as to creditor   _____

☐     Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated **10-21-20**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Debtor(s) Plan payments shall be changed from **$2459** to **$2965** per month,

effective **10/22**; and/or the Plan term shall be changed from ___ months to ____ months.    .

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
➢ **Trustee's Certificate of Default (at Doc 122) is treated as resolved by this Order.**

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___30th___ day of ___September___, 2022

/s/ Carlota M. Böhm
United States Bankruptcy Judge     **dmk**

Stipulated by:

/s/ Abagale Steidl
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
9/30/22 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ivan F. Conaway, IV  
Stephanie A. Conaway  
    Debtors

Case No. 19-23640-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 30, 2022      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |
| 15123910 | + | HomeBridge Financial Services, Po Box 77404, Ewing, NJ 08628-6404 |
| 15123912 | + | Ivan Conaway III and Susan Conaway, 113 Laurie Drive, Pittsburgh, PA 15235-4047 |
| 15162170 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15123915 | + | Tri-State Financial Inc., P.O. Box 2520, Wilkes Barre, PA 18703-0018 |
| 15501574 | + | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004 Irvine, CA 92619-5004 |
| 15123917 | + | URE Federal Credit Uni, 201 Beech St, West Mifflin, PA 15218-1403 |
| 15123916 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2022 23:59:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2022 00:00:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 30 2022 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15123882 | + | Email/Text: bankruptcy@rentacenter.com | Sep 30 2022 23:53:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15123883 | + | Email/Text: bk@avant.com | Sep 30 2022 23:53:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 15123884 | + | Email/Text: bk@avant.com | Sep 30 2022 23:53:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15123900 | | Email/Text: BKY@conserve-arm.com | Sep 30 2022 23:53:00 | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Pard, Fairport, NY 14450 |
| 15123899 | | Email/Text: BKY@conserve-arm.com | Sep 30 2022 23:53:00 | Conserve, Po Box 7, Fairport, NY 14450 |
| 15123889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:02 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123893 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

Case 19-23640-CMB   Doc 129   Filed 10/02/22   Entered 10/03/22 00:23:54   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2022 00:00:07 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123895 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Oct 01 2022 00:00:03 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15129705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Sep 30 2022 23:59:57 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15123897 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Sep 30 2022 23:59:57 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15127915 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 01 2022 00:00:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141925 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Sep 30 2022 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15123898 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 01 2022 00:00:08 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15123901 | + | Email/Text: BKPT@cfna.com | | |
| | | | Sep 30 2022 23:53:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15123902 | + | Email/Text: BKPT@cfna.com | | |
| | | | Sep 30 2022 23:53:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15123905 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Sep 30 2022 23:53:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15123904 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Sep 30 2022 23:53:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15123906 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Oct 01 2022 00:00:03 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123908 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 30 2022 23:59:57 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15272057 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Sep 30 2022 23:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123911 | + | Email/Text: Bankruptcy@homebridge.com | | |
| | | | Sep 30 2022 23:53:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 15152662 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 30 2022 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154450 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 30 2022 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 30 2022 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15124281 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2022 00:00:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123914 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2022 00:00:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15123913 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2022 00:00:02 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15132641 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Sep 30 2022 23:53:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15153798 | ^ | MEBN | | |
| | | | Sep 30 2022 23:50:01 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15123920 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Sep 30 2022 23:53:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, |

| | | | | |
|---|---|---|---|---|
| | | | | Madison, WI 53707-7860 |
| 15123918 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 30 2022 23:53:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2022 23:53:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15123922 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2022 23:53:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15156367 | + | Email/Text: BKPT@cfna.com | Sep 30 2022 23:53:00 | credit first na, po box 818011, Cleveland, oh 44181-8011 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center LLC, et.al. |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123890 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123891 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123892 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123886 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123887 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123888 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123894 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123896 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123907 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123909 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15123921 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123919 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123903 | ##+ | Dean Eiben and Lisa Eiben, 6029 Poketa Road, Verona, PA 15147-3205 |

TOTAL: 2 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

**Name**              **Email Address**

Abagale E. Steidl
                      on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com
                      julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@st

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 46 |

Abagale E. Steidl

on behalf of Debtor Ivan F. Conaway IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Brian Nicholas

on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jerome B. Blank

on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sherri J. Smith

on behalf of Creditor Mortgage Research Center LLC et.al. ssmith@pincuslaw.com, brausch@pincuslaw.com

Thomas Song

on behalf of Creditor Mortgage Research Center LLC et.al. pawb@fedphe.com

TOTAL: 9