IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ivan F. Conaway, IV | ) | |
| Stephanie A. Conaway, | ) | Case No. 19-23640 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Ivan F. Conaway, IV | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 6062 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Walmart and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 14, 2023, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ivan F. Conaway, IV
937 Old Salem Rd.
Greensburg, PA 15601

Wal-Mart Associates
Attn: Payroll/Wage Attachment
PO Box 82
Bentonville, AR 72716-0135

**Served by ECF:**
Ronda J. Winnecour, Trustee

Date of Service: August 14, 2023    /s/ Abagale E. Steidl
    Abagale E. Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 319217