IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-23640 CMB |
| | Chapter 13 |
| Ivan F. Conaway, IV | |
| Stephanie A. Conaway, | Docket No. |
|     *Debtors* | |
| | |
| Ivan F. Conaway, IV | |
| Stephanie A. Conaway, | |
|     *Movants* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
|     *Respondent* | |

**REPORT OF NO FINANCING**

AND NOW, come the Debtors, Ivan and Stephanie Conaway, by and through their attorney Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On May 29, 2024, this Honorable Court signed an Order authorizing the Debtor to finance a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $500.00 per month.

2. The Debtors have decided not to finance a vehicle at this time.

WHEREFORE, the Debtors, Ivan and Stephanie Conaway, respectfully file this report of no financing.

Respectfully submitted,

 April 24, 2024                      /s/ Abagale Steidl
      DATE                                Abagale Steidl, Esquire
                                                Attorney for the Debtors
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                PA I. D. No.  319217
                                                asteidl@steidl-steinberg.com