**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/22/2024

IN RE:

| | |
|---|---|
| IVAN F. CONAWAY, IV<br>STEPHANIE A. CONAWAY<br>937 OLD SALEM RD.<br>GREENSBURG, PA 15601<br>XXX-XX-6062     Debtor(s)<br><br>XXX-XX-6001 | Case No.19-23640 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/22/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**`**`<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7552 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MORT RESEARCH CNTR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM: 17,801.01<br>COMMENT: $/CL-PL@6%/PL*1001/SCH*17355@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8156 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 9-2<br>CLAIM: 1,913.09<br>COMMENT: PMTS PROPER/CONF*1001/SCH*SURR/AMD PL*AMD CL=$0*W/33 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2705 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(`*`)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 10/19*FR MTG RSRCH CNTR-DOC 52*FR FREEDOM* | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2633 |
| **JEFFERSON CAPITAL SYSTEMS LLC**`*`<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,521.67<br>COMMENT: WEBBANK/AVANT*REF 3512961904 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5602 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 4,062.44<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4459 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,696.89<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1479 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 793.95<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8149 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 747.66<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8265 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,437.20<br>COMMENT: NO ACCT/SCH*CAPITAL ONE~GM CONSUMER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6063 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,685.14<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6682 |
| **CONSERV**<br>200 CROSS KEYS OFFICE PARK<br>FAIRPORT, NY  14450 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CCAC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3855 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,316.99<br>COMMENT: X6883/SCH*FIRESTONE*NO PAYMENT EVER*CHRGD OFF 2019 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6062 |
| **DEAN AND LISA EIBEN**<br>6029 POKETA RD<br>VERONA, PA  15147 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL  32241 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TMOBILE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9875 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,042.51<br>COMMENT: REF 3508101427 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0311 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 786.50<br>COMMENT: REF 3508115846 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8044 |
| **IVAN F. CONAWAY, III**<br>113 LAURIE DRIVE<br>PITTSBURGH, PA  15235 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.:  7552 |
| | CLAIM:  688.77 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513340069*CARE CREDIT/SYNCHRONY | |
| **TRI STATE FINANCIAL** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2520 | Court Claim Number: | ACCOUNT NO.:  4891 |
| | CLAIM:  0.00 | |
| WILKES BARRE, PA  18703-0018 | COMMENT: | |
| **URE FCU** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 201 BEECH ST | Court Claim Number:19 | ACCOUNT NO.:  0132 |
| | CLAIM:  2,501.90 | |
| EAST PITTSBURGH, PA  15112 | COMMENT:  SIGNED@SEAL 9/28/15 | |
| **URE FCU** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 201 BEECH ST | Court Claim Number:18 | ACCOUNT NO.:  5150 |
| | CLAIM:  793.85 | |
| EAST PITTSBURGH, PA  15112 | COMMENT:  X5001/SCH*SIGNED@SEAL 6/23/16 | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| PO BOX 2837 | Court Claim Number:6-2 | ACCOUNT NO.:  6001 |
| | CLAIM:  0.00 | |
| PORTLAND, OR  97208 | COMMENT:  DEFERRED/PL*31525.31/CL*8581/SCH*AMD | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| PO BOX 2837 | Court Claim Number:7-2 | ACCOUNT NO.:  6001 |
| | CLAIM:  0.00 | |
| PORTLAND, OR  97208 | COMMENT:  DEFERRED/PL*2500.33/CL*7581/SCH*AMD | |
| **VERIZON++** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 TECHNOLOGY DR STE 30 | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| WELDON SPRING, MO  63304 | COMMENT: | |
| **ACCEPTANCE NOW** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 5501 HEADQUARTERS DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PLANO, TX  75024 | COMMENT:  /SCH G | |
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O FAY SERVICING LLC(*) | Court Claim Number:17 | ACCOUNT NO.:  2633 |
| PO BOX 814609 | CLAIM:  11,095.44 | |
| DALLAS, TX  75381-4609 | COMMENT:  $/CL-PL*THRU 9/19*FR MTG RSRCH CNTR-DOC 52*FR FREEDOM*DOC 119*FR USB | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.:  6001 |
| PO BOX 1123 | CLAIM:  1,261.04 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| CLAIM RECORDS | | |
|---|---|---|
| **GRB LAW\*\*** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC\*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** <br> C/O AIS PORTFOLIO SERVICES LP <br> PO BOX 4360 <br><br> HOUSTON, TX  77210 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number:9-2 <br><br> CLAIM:  2,378.88 <br> COMMENT:  DEFICIENCY\*AMD\*SURR/AMD PL @ 5 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2705 |