IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Ivan F. Conaway, IV | ) | |
| Stephanie A. Conaway, | ) | Case No.  19-23640 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | Document No. |
| Ivan F. Conaway, IV | ) | |
| Stephanie A. Conaway, | ) | |
| *Movants* | ) | |
| | ) | |
| No Respondents | ) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 13, 2020 at docket numbers 44 and 45, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


| | |
|---|---|
| October 10, 2024 | /s/ Ivan F. Conaway, IV |
| Date | Debtor |
| | |
| October 10, 2024 | /s/ Stephanie A. Conaway |
| Date | Debtor |

                                                                 Respectfully submitted,

| | |
|---|---|
| <u>November 8, 2024</u> | <u>/s/ Abagale Steidl</u> |
| DATE | Abagale Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 436 Seventh Avenue, Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | asteidl@steidl-steinberg.com |
| | PA I.D. No. 319217 |

**PAWB Local Form 24 (07/13)**