IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-23640-CMB |
| Ivan F. Conaway, IV ) | Chapter 13 |
| Stephanie A. Conaway ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Ivan F. Conaway, IV ) | |
| Stephanie A. Conaway ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **January 8, 2025 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **December 12, 2024.**

| | |
|---|---|
| <u>11/25/24</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23640-CMB
Ivan F. Conaway, IV  Chapter 13
Stephanie A. Conaway
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Nov 25, 2024      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |
| 15123903 | + | Dean Eiben and Lisa Eiben, 6029 Poketa Road, Verona, PA 15147-3205 |
| 15123912 | + | Ivan Conaway III and Susan Conaway, 113 Laurie Drive, Pittsburgh, PA 15235-4047 |
| 15162170 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15123915 | + | Tri-State Financial Inc., P.O. Box 2520, Wilkes Barre, PA 18703-0018 |
| 15123917 | + | URE Federal Credit Uni, 201 Beech St, West Mifflin, PA 15218-1403 |
| 15123916 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2024 00:19:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2024 00:06:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: ebnpeoples@grblaw.com | Nov 26 2024 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15123882 | + | Email/Text: bankruptcy@rentacenter.com | Nov 26 2024 00:09:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15123883 | + | Email/Text: bk@avant.com | Nov 26 2024 00:09:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 15123884 | + | Email/Text: bk@avant.com | Nov 26 2024 00:09:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15123910 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 26 2024 00:09:00 | HomeBridge Financial Services, Po Box 77404, Ewing, NJ 08628 |
| 15123900 | | Email/Text: BKY@conserve-arm.com | Nov 26 2024 00:09:00 | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Pard, Fairport, NY 14450 |
| 15123899 | | Email/Text: BKY@conserve-arm.com | Nov 26 2024 00:09:00 | Conserve, Po Box 7, Fairport, NY 14450 |
| 15123889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2024 00:19:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2024 00:32:43 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123893 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 26 2024 00:19:35 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15123895 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 26 2024 00:20:41 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15129705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2024 00:18:58 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15123897 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2024 00:06:11 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15127915 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2024 00:20:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141925 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15123898 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2024 00:44:52 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15123901 | + | Email/Text: BKPT@cfna.com | Nov 26 2024 00:08:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15123902 | + | Email/Text: BKPT@cfna.com | Nov 26 2024 00:08:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15123905 | + | Email/Text: bknotice@ercbpo.com | Nov 26 2024 00:09:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15123904 | + | Email/Text: bknotice@ercbpo.com | Nov 26 2024 00:09:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15123906 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 26 2024 00:19:58 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123908 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 26 2024 00:20:03 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15272057 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 26 2024 00:09:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123911 | + | Email/Text: compliance@homebridge.com | Nov 26 2024 00:09:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 15152662 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 26 2024 00:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154450 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 26 2024 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15124281 | ^ | MEBN | Nov 25 2024 23:59:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 26 2024 00:05:24 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15123913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 26 2024 00:19:18 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15501574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2024 00:09:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15695132 | ^ | MEBN | Nov 25 2024 23:58:10 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15657735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2024 00:09:00 | U.S. Bank National Association, et al., c/o: |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | | Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261-9096 |
| 15132641 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2024 00:09:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15153798 | Email/Text: BNCnotices@dcmservices.com | Nov 26 2024 00:09:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15123920 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2024 00:09:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123918 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2024 00:09:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123923 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2024 00:08:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15123922 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2024 00:08:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15156367 | + Email/Text: BKPT@cfna.com | Nov 26 2024 00:08:00 | credit first na, po box 818011, Cleveland, oh 44181-8011 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center LLC, et.al. |
| cr | | Rushmore Loan Management Services, LLC as servicer |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123890 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123891 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123892 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123886 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123887 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123888 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123894 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123896 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123907 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123909 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15123921 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123919 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 3 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor Mortgage Research Center LLC et.al. ssmith@stradley.com, amautz@pincuslaw.com |
| Thomas Song | on behalf of Creditor Mortgage Research Center LLC et.al. pawb@fedphe.com |

TOTAL: 11