**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>IVAN F. CONAWAY, IV<br>STEPHANIE A. CONAWAY<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>  Movant<br>  vs.<br>No Respondents. | Case No.:19-23640<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/16/2019 and confirmed on 11/15/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 149,518.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 149,518.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,867.59 | |
|    Trustee Fee | 7,790.91 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,658.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 101,641.58 | 0.00 | 101,641.58 |
|     Acct: 2633 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 11,095.44 | 11,095.44 | 0.00 | 11,095.44 |
|     Acct: 2633 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 17,801.01 | 17,801.01 | 3,161.89 | 20,962.90 |
|     Acct: 8156 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,913.09 | 1,913.09 | 246.99 | 2,160.08 |
|     Acct: 2705 | | | | |
| | | | | 135,860.00 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IVAN F. CONAWAY, IV | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 2,467.59 | 2,467.59 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX1/25 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 1,521.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 5602 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,062.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 4459 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,696.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 1479 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 793.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 8149 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 747.66 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8265 | | | | |
|    MIDLAND CREDIT MANAGEMENT INC | 1,437.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6063 | | | | |
|    CAVALRY SPV I LLC - ASSIGNEE(*) | 1,685.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6682 | | | | |
|    CONSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3855 | | | | |
|    CREDIT FIRST NA* | 1,316.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6062 | | | | |
|    DEAN AND LISA EIBEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ERC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9875 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C | 1,042.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0311 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C | 786.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8044 | | | | |
|    IVAN F. CONAWAY, III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 688.77 | 0.00 | 0.00 | 0.00 |
| Acct: 7552 | | | | |
|    TRI STATE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4891 | | | | |
|    URE FCU | 2,501.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0132 | | | | |
|    URE FCU | 793.85 | 0.00 | 0.00 | 0.00 |
| Acct: 5150 | | | | |
|    VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|    UPMC PHYSICIAN SERVICES | 1,261.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6001 | | | | |
|    CAPITAL ONE AUTO FINANCE - DIV CAPIT | 2,378.88 | 0.00 | 0.00 | 0.00 |
| Acct: 2705 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7552 | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 135,860.00 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 30,809.54 |
| UNSECURED | 22,715.39 |

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   IVAN F. CONAWAY, IV
   STEPHANIE A. CONAWAY
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:19-23640

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23640-CMB

Ivan F. Conaway, IV  Chapter 13

Stephanie A. Conaway

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Mar 27, 2025    Form ID: pdf900    Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |
| 15123903 | + | Dean Eiben and Lisa Eiben, 6029 Poketa Road, Verona, PA 15147-3205 |
| 15123905 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15123912 | + | Ivan Conaway III and Susan Conaway, 113 Laurie Drive, Pittsburgh, PA 15235-4047 |
| 15162170 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15123915 | + | Tri-State Financial Inc., P.O. Box 2520, Wilkes Barre, PA 18703-0018 |
| 15123917 | + | URE Federal Credit Uni, 201 Beech St, West Mifflin, PA 15218-1403 |
| 15123916 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:15:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:27:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15123882 | + | Email/Text: bankruptcy@rentacenter.com | Mar 28 2025 00:14:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15123883 | + | Email/Text: bk@avant.com | Mar 28 2025 00:14:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 15123884 | + | Email/Text: bk@avant.com | Mar 28 2025 00:14:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15123910 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2025 00:13:00 | HomeBridge Financial Services, Po Box 77404, Ewing, NJ 08628 |
| 15123900 | | Email/Text: BKY@conserve-arm.com | Mar 28 2025 00:12:00 | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Pard, Fairport, NY 14450 |
| 15123899 | | Email/Text: BKY@conserve-arm.com | Mar 28 2025 00:12:00 | Conserve, Po Box 7, Fairport, NY 14450 |
| 15123889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:27:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:27:56 | Capital One, Po Box 30281, Salt Lake City, UT |

Case 19-23640-CMB    Doc 180    Filed 03/29/25    Entered 03/30/25 00:28:17    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 84130-0281 |
| 15123893 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2025 00:16:32 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123895 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2025 00:17:11 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15129705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:27:55 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15123897 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:16:36 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15127915 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:28:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141925 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2025 00:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15123898 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:16:10 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15123901 | + | Email/Text: BKPT@cfna.com | Mar 28 2025 00:12:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15123902 | + | Email/Text: BKPT@cfna.com | Mar 28 2025 00:12:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15123906 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:17:19 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123908 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:39:14 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15272057 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 28 2025 00:13:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123911 | + | Email/Text: compliance@homebridge.com | Mar 28 2025 00:14:35 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 15152662 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154450 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 00:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15124281 | ^ | MEBN | Mar 28 2025 00:09:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15123913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:16 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15501574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15695132 | ^ | MEBN | Mar 28 2025 00:07:47 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15657735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | U.S. Bank National Association, et al., c/o: Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261-9096 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 15132641 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15153798 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2025 00:13:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15123920 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123918 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123923 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2025 00:12:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15123922 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2025 00:12:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15156367 | + | Email/Text: BKPT@cfna.com | Mar 28 2025 00:12:00 | credit first na, po box 818011, Cleveland, oh 44181-8011 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center LLC, et.al. |
| cr | | Rushmore Loan Management Services, LLC as servicer |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123890 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123891 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123892 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123886 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123887 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123888 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123894 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123896 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123907 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123909 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15123921 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123919 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123904 | ##+ | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 3 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025     Signature:     /s/Gustava Winters

Case 19-23640-CMB    Doc 180    Filed 03/29/25    Entered 03/30/25 00:28:17    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor Mortgage Research Center LLC et.al. ssmith@stradley.com, amautz@pincuslaw.com |
| Thomas Song | on behalf of Creditor Mortgage Research Center LLC et.al. pawb@fedphe.com |

TOTAL: 11