| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ivan F. Conaway IV<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−6062<br>EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Stephanie A. Conaway<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−6001<br>EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19−23640−CMB | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ivan F. Conaway IV                                  Stephanie A. Conaway
                                                    aka Stephanie A. Eiben

5/14/25                                             **By the court:** Carlota M Bohm
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23640-CMB
Ivan F. Conaway, IV  Chapter 13
Stephanie A. Conaway
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 4
Date Rcvd: May 14, 2025   Form ID: 3180W   Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ivan F. Conaway, IV, Stephanie A. Conaway, 937 Old Salem Rd., Greensburg, PA 15601-1334 |
| 15123903 | + | Dean Eiben and Lisa Eiben, 6029 Poketa Road, Verona, PA 15147-3205 |
| 15123905 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15123912 | + | Ivan Conaway III and Susan Conaway, 113 Laurie Drive, Pittsburgh, PA 15235-4047 |
| 15162170 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15123915 | + | Tri-State Financial Inc., P.O. Box 2520, Wilkes Barre, PA 18703-0018 |
| 15123917 | + | URE Federal Credit Uni, 201 Beech St, West Mifflin, PA 15218-1403 |
| 15123916 | + | URE Federal Credit Union, 201 Beech Street, East Pittsburgh, PA 15112-1237 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 15 2025 04:05:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 15 2025 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15123882 | + | Email/Text: bankruptcy@rentacenter.com | May 15 2025 00:09:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15123883 | + | Email/Text: bk@avant.com | May 15 2025 00:08:00 | Avant, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 15123884 | + | Email/Text: bk@avant.com | May 15 2025 00:08:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15123910 | | Email/Text: BKelectronicnotices@cenlar.com | May 15 2025 00:07:00 | HomeBridge Financial Services, Po Box 77404, Ewing, NJ 08628 |
| 15123900 | | Email/Text: BKY@conserve-arm.com | | |

| Record ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15123899 | | Email/Text: BKY@conserve-arm.com | May 15 2025 00:07:00 | Conserve, Attn: Bankruptcy Dept, 200 Crosskeys Office Pard, Fairport, NY 14450 |
| | | | May 15 2025 00:07:00 | Conserve, Po Box 7, Fairport, NY 14450 |
| 15123889 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123885 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123893 | + | EDI: CAPONEAUTO.COM | May 15 2025 04:05:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123895 | + | EDI: CAPONEAUTO.COM | May 15 2025 04:05:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15129705 | + | EDI: AISACG.COM | May 15 2025 04:05:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15123897 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15127915 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141925 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15123898 | | EDI: CITICORP | May 15 2025 04:05:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15123901 | + | EDI: CRFRSTNA.COM | May 15 2025 04:05:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15123902 | + | EDI: CRFRSTNA.COM | May 15 2025 04:05:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15123906 | + | EDI: AMINFOFP.COM | May 15 2025 04:05:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123908 | + | EDI: AMINFOFP.COM | May 15 2025 04:05:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15272057 | | Email/Text: Bankruptcy@Freedommortgage.com | May 15 2025 00:07:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123911 | + | Email/Text: compliance@homebridge.com | May 15 2025 00:09:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 15152662 | | EDI: JEFFERSONCAP.COM | May 15 2025 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15154450 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151242 | + | EDI: JEFFERSONCAP.COM | May 15 2025 04:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15124281 | ^ | MEBN | May 15 2025 00:06:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15123914 | + | EDI: SYNC | May 15 2025 04:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15123913 | + | EDI: SYNC | May 15 2025 04:05:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15501574 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15695132 | ^ | MEBN | May 15 2025 00:05:46 | Services, P.O. Box 55004, Irvine, CA 92619-5004<br>U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15657735 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | U.S. Bank National Association, et al., c/o: Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261-9096 |
| 15132641 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15153798 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15123920 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123918 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123923 | + | EDI: VERIZONCOMB.COM | May 15 2025 03:59:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15123922 | + | EDI: VERIZONCOMB.COM | May 15 2025 03:59:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15156367 | + | EDI: CRFRSTNA.COM | May 15 2025 04:05:00 | credit first na, po box 818011, Cleveland, oh 44181-8011 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center LLC, et.al. |
| cr | | Rushmore Loan Management Services, LLC as servicer |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15123890 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123891 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123892 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123886 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123887 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123888 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15123894 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15123896 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123907 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15123909 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15123921 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15123919 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15123904 | ##+ | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 3 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie A. Conaway asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Ivan F. Conaway IV asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor Mortgage Research Center LLC et.al. ssmith@stradley.com, amautz@pincuslaw.com |
| Thomas Song | on behalf of Creditor Mortgage Research Center LLC et.al. pawb@fedphe.com |

TOTAL: 11